

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROSE LYNN TAYLOR, THOMAS TAYLOR )
KEVIN DOWNING and NEIL DOWNING, )
)
    Plaintiffs, )
vs. )
)
BOSTON MARKET CORPORATION, )
)
    Defendant. )
_____/

## COMPLAINT

The Plaintiffs, ROSE LYNN TAYLOR, THOMAS TAYLOR, KEVIN DOWNING, and NEIL DOWNING, sue the Defendant, BOSTON MARKET CORPORATION, and state as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. 1331 and 1343(4).

2. Venue lies within the Middle District of Florida pursuant to 28 U.S.C. 1391 (b) because a substantial part of the events giving rise to this claim arose in this judicial district.

### ADMINISTRATIVE PREREQUISITES

3. All conditions precedent to bringing this action have occurred.

4. Defendant is an employer as defined by the laws under which this action is brought and employs the required number of employees.

### PARTIES

5. Plaintiffs are residents of Pasco County, Florida.

6. Defendant is a corporation, licensed and authorized to conduct business in the State

of Florida within this jurisdictional district.

## GENERAL ALLEGATIONS

7.	Plaintiffs have been required to retain the undersigned counsel to represent them in this action and are obligated to pay them a reasonable fee for their services.

8.	Plaintiffs request a jury trial for all issues so triable.

## FACTS

9.	During the term of Plaintiff, ROSE LYNN TAYLOR's, employment, Plaintiffs were participants in the group health plan maintained by Defendant, BOSTON MARKET CORPORATION, through Great-West Life and Annuity Insurance Company.

10.	Plaintiff, ROSE LYNN TAYLOR, was terminated from her employment with the Defendant, on February 28, 2003 and received COBRA notification on May 23, 2003.

11.	Upon Plaintiff's termination, the plan administrator failed to provide timely notice to the Plaintiffs of their right to elect continuation coverage of their health plan coverage as required by the Consolidated Omnibus Budget Reconciliation Act [COBRA]

## COUNT I - COBRA

12.	Plaintiffs reallege and adopts, as if fully set forth herein, the allegations stated in Paragraphs 1 - 11.

13.	The conduct complained of above violates the Consolidated Omnibus Budget Reconciliation Act 29 U.S.C. §1161-1168 [COBRA].

WHEREFORE, Plaintiffs pray for:

a.	Statutory Damages;

b.	Attorneys fees and costs, and

c.  For any other relief this Court deems just and equitable.

WHEREFORE, Plaintiffs, ROSE LYNN TAYLOR, THOMAS TAYLOR, KEVIN DOWNING, and NEIL DOWNING, respectfully request all legal and equitable relief allowed by law including judgment against Defendant, BOSTON MARKET CORPORATION, for statutory damages, payment of reasonable attorneys' fees and costs incurred in the prosecution of the claim and such other relief as the Court may deem just and proper.

Dated this 25 day of September, 2003.

FLORIN, ROEBIG, WALKER, P.A.

CHRISTOPHER D. GRAY, ESQUIRE
WOLFGANG M. FLORIN, ESQUIRE
ANGELA E. OUTTEN, ESQUIRE
777 Alderman Road
Palm Harbor, Florida 34683
Telephone No.: (727) 786-5000
Facsimile No.: (727) 772-9833
FL Bar Nos.: 902004; 907804 & 0002569
Attorneys for Plaintiffs